# Court of Appeals
# of the State of Georgia

ATLANTA,   September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0016.  LISA RENEE TURNER v. DREW DAVID TURNER.**

Lisa Turner and Drew Turner were divorced in 2013.  After the superior court entered its final judgment in the divorce action, Lisa Turner filed a motion to set aside the judgment.  The superior court denied the motion, and Lisa Turner appealed to this Court.

The Georgia Supreme Court has appellate jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Todd v. Todd*, 287 Ga. 250, 251-252 (1) (703 SE2d 597) (2010).  Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   09/09/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*